AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'24 AUG 29 PM 1:04

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lucas Tavares | ) | Case No.  3:24-cr-152 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lucas Tavares  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Interference with Commerce by Robbery

Date:   08/29/2024

/s/ Shantel Jacobson
*Issuing officer's signature*

City and state:   Fargo, ND

Shantel Jacobson, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08-29-24 , and the person was arrested on *(date)* 09-5-24
at *(city and state)* Fargo, ND

Date: 09-06-24

*Arresting officer's signature*

DUSM James Derringer
*Printed name and title*